Submitted on remand from the Oregon Supreme Court May 11, reversed and remanded July 5, 2001

STATE OF OREGON,
*Respondent,*

*v.*

JANIS ELLEN McCAIN,
*Appellant.*

94CR-0190TM; A85562

28 P3d 641

Sally L. Avera, Public Defender, and James N. Varner, Deputy Public Defender, for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

## PER CURIAM

■ This case is before us on remand from the Supreme Court for reconsideration in light of its decision in *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000). Defendant was convicted of conspiracy to commit possession of a controlled substance. Over defendant's objection, the trial court admitted into evidence audio recordings of face-to-face and telephone conversations involving defendant, defendant's boyfriend and codefendant, a police informant, and police detectives who were working undercover as cocaine dealers. The trial court's ruling admitting the recordings, which had not been authorized by court order, was error. *Id.* at 529-30.

■ The state asserts that the error was harmless, because the detectives who participated in the conversations testified to the same effect at trial. Defendant's defense was that she was not involved in a conspiracy to purchase cocaine. We cannot say that the trial court's error in admitting 12 audio tapes, which were played to the jury throughout the trial and during closing arguments, had little if any likelihood of affecting the verdict. *State v. Carr*, 302 Or 20, 27, 725 P2d 1287 (1986).

Reversed and remanded.